# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARY D., | Case No. 2:24-cv-00237-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| CAROLYN COLVIN, | |
| Defendant(s). | |

Carolyn Colvin is now Acting Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Carolyn Colvin in place of Martin O'Malley.

IT IS SO ORDERED.

Dated: January 15, 2025

Nancy J. Koppe
United States Magistrate Judge